UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE A. PORRAS, JR. <br><br> Plaintiff, <br><br> v. <br><br> HEARTLAND ALLIANCE, <br><br> Defendant. | Case No. 24-cv-570-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court after it ordered plaintiff Jose A. Porras, Jr. to show cause on or before March 22, 2024, why this case should not be transferred to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties or pursuant to 28 U.S.C. § 1406(a) for improper venue (Doc. 5). The order was based on the Court's observations that the parties reside within the Northern District of Illinois and the alleged discrimination is likely to have happened in that district. There is no indication that this case has any connection to the Southern District of Illinois. Porras did not respond to the order to show cause. The Court deems this failure consent to a transfer. *See* SDIL-LR 7.1(a)(5).

Under § 1404(a), a district court may transfer a civil action to any other district where the action might have been brought originally "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The decision to transfer a case is left to the discretion of the district court. *Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988); *Van Dusen v. Barrack*, 376 U.S. 612, 622 (1964)*; Cote v. Wadel*, 796 F.2d 981, 985 (7th Cir. 1986); *see Norwood v. Kirkpatrick*, 349 U.S. 29, 32 (1955).

Since both parties and the alleged conduct in this case are in the Northern District of

Illinois, it is likely to be more convenient to them and to relevant witnesses to litigate this dispute there. In addition, there is no indication that the interests of justice would be better served by litigating in the Southern District of Illinois, which has little to no interest in the resolution of this case. Accordingly, the Court **TRANSFERS** this case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Illinois.

**IT IS SO ORDERED.**
**DATED: April 3, 2024**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**